Sheppard

**MEMO ENDORSED**

July 31, 2026

Sylvia Waghorne
+1.212.653.8183
swaghorne@sheppard.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:__________________
DATE FILED: 08/03/2026

**VIA ECF**
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street, Chambers 1930
New York, NY 10007

Re: *Sally Orr v. Burberry Limited*, Case No. 1:26-cv-05020-VEC

Dear Judge Caproni:

Our firm represents Defendant Burberry Limited ("Burberry") in the above referenced action. We write jointly with Plaintiff Sally Orr ("Plaintiff") to request an extension of Burberry's deadline to answer, move, or otherwise respond to Plaintiff's Complaint, from July 29, 2026 to August 26, 2026. The Parties also request that the Case Management Conference currently scheduled for August 14, 2026 be adjourned to September 4, 2026; September 18, 2026; or September 25, 2026, as lead counsel for Burberry will be out of the country on August 14, 2026.

Plaintiff filed the original Complaint on June 12, 2026. (ECF No. 1.) The Complaint was served on Burberry on July 8, 2026. The Court scheduled a Case Management Conference for August 14, 2026 at 10:00 AM. (ECF No. 5.)

Because Burberry continues to analyze Plaintiff's claims and requires additional time to analyze these issues so it may appropriately respond, Burberry respectfully asked Plaintiff for an extension to respond to the Complaint, and Plaintiff stated that Plaintiff had no objection. The Parties then agreed to submit this letter-motion to the Court jointly. Accordingly, the Parties' respectfully request for the Court to extend Burberry's deadline to answer, move, or otherwise respond to Plaintiff's Complaint to August 26, 2026.

Pursuant to Your Honor's Individual Rules, Burberry states that this is the first request to extend Burberry's deadline to respond to the Complaint.

The Parties further request that the Case Management Conference currently scheduled for August 14, 2026 be adjourned, as counsel for Burberry will be out of the country on that date due to a pre-planned vacation. The Parties respectfully propose that the Case Management Conference be rescheduled to September 4, 2026; September 18, 2026; or September 25, 2026, at the Court's convenience.

Pursuant to Your Honor's Individual Rules, Burberry states that this is the first request to adjourn the currently scheduled Case Management Conference.

Sincerely,

*/s/ Sylvia Waghorne*

Sylvia Waghorne
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc: J. Evan Shapiro

Application GRANTED. Burberry's deadline to answer, move, or otherwise respond to Plaintiff's Complaint is hereby extended to **August 26, 2026**. Additionally, the initial pretrial conference currently scheduled for August 14, 2026, at 10:00 A.M. is hereby ADJOURNED to **Friday, September 25, 2026, at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. The Parties' pre-conference joint letter is due **Thursday, September 17, 2026**.

SO ORDERED.

Valerie Caproni 08/03/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE