UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SALLY ORR, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

BURBERRY LIMITED, a New York corporation; and DOES 1 through 10, inclusive,

Defendant.

Case No.: 1:26-cv-05020-VEC

**DEFENDANT BURBERRY LIMITED'S NOTICE OF MOTION AND MOTION TO DISMISS, AND IN THE ALTERNATIVE, STAY**

ORAL ARGUMENT REQUESTED

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, supporting evidence, and all the other papers and pleadings filed with this Court, Defendant Burberry Limited ("Burberry"), hereby moves this Court, before the Honorable Valerie E. Caproni in the United States District Court for the Southern District of New York, 500 Pearl Street, Chambers 1930, New York, NY 10007, at a date and time to be set by the Court, for an order dismissing Plaintiff Sally Orr's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Burberry moves for an order dismissing the Complaint on the grounds that Plaintiff fails to plead facts sufficient to state a claim for Violation of the California Invasion of Privacy Act ("CIPA"), Cal. Penal Code § 638.51 and Intrusion Upon Seclusion.

In the alternative, Defendants move to stay action pending a ruling by the California Court of Appeal in *Variety Media LLC v. Superior Court*, No. B350578.

Dated: August 26, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By *_/s/ P. Craig Cardon_*

Sylvia Waghorne, NY Bar No. 5999842
swaghorne@sheppard.com
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

P. Craig Cardon, admitted *pro hac vice*
ccardon@sheppardmullin.com
Kevin Murphy*, pro hac vice* forthcoming
kmurphy@sheppard.com
Rana Salem, *pro hac vice* forthcoming
rsalem@sheppard.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700

Abby Meyer, admitted *pro hac vice*
ameyer@sheppard.com
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993
Telephone: (714) 513-5100

Dane C. Brody Chanove, admitted *pro hac vice*
dbrodychanove@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: (858) 720-8900

Attorneys for *Defendant*